# Non-Permanent Population Extraction for 2011 Reapportionment and Redistricting—Addendum

*Final*                                                                                    Office of Elections
                                                                                                        March 2012

Prepared for:

David J. Rosenbrock, Reapportionment Project Manager
Office of Elections
802 Lehua Avenue
Pearl City, Hawaii 96782

Prepared by:

Esri
380 New York Street
Redlands, California 92373-8100

# Exhibit "D"

Copyright © 2012 Esri
All rights reserved.
Printed in the United States of America.

**US GOVERNMENT RESTRICTED/LIMITED RIGHTS**

Any software, documentation, and/or data delivered hereunder is subject to the terms of the License Agreement. The commercial license rights in the License Agreement strictly govern Licensee's use, reproduction, or disclosure of the software, data, and documentation. In no event shall the US Government acquire greater than RESTRICTED/LIMITED RIGHTS. At a minimum, use, duplication, or disclosure by the US Government is subject to restrictions as set forth in FAR §52.227-14 Alternates I, II, and III (DEC 2007); FAR §52.227-19(b) (DEC 2007) and/or FAR §12.211/12.212 (Commercial Technical Data/Computer Software); and DFARS §252.227-7015 (NOV 1995) (Technical Data) and/or DFARS §227.7202 (Computer Software), as applicable. Contractor/Manufacturer is Esri, 380 New York Street, Redlands, CA 92373-8100 USA.

The information contained in this document is subject to change without notice.

@esri.com, 3D Analyst, ACORN, Address Coder, ADF, AML, ArcAtlas, ArcCAD, ArcCatalog, ArcCOGO, ArcData, ArcDoc, ArcEdit, ArcEditor, ArcEurope, ArcExplorer, ArcExpress, ArcGIS, arcgis.com, ArcGlobe, ArcGrid, ArcIMS, ARC/INFO, ArcInfo, ArcInfo Librarian, ArcLessons, ArcLocation, ArcLogistics, ArcMap, ArcNetwork, *ArcNews*, ArcObjects, ArcOpen, ArcPad, ArcPlot, ArcPress, ArcPy, ArcReader, ArcScan, ArcScene, ArcSchool, ArcScripts, ArcSDE, ArcSdl, ArcSketch, ArcStorm, ArcSurvey, ArcTIN, ArcToolbox, ArcTools, ArcUSA, *ArcUser*, ArcView, ArcVoyager, *ArcWatch*, ArcWeb, ArcWorld, ArcXML, Atlas GIS, AtlasWare, Avenue, BAO, Business Analyst, Business Analyst Online, BusinessMAP, CommunityInfo, Database Integrator, DBI Kit, EDN, Esri, esri.com, Esri—Team GIS, Esri—*The GIS Company*, Esri—The GIS People, Esri—The GIS Software Leader, FormEdit, GeoCollector, Geographic Design System, Geography Matters, Geography Network, geographynetwork.com, GIS by Esri, gis.com, GISData Server, GIS Day, gisday.com, GIS for Everyone, JTX, MapIt, Maplex, MapObjects, MapStudio, ModelBuilder, MOLE, MPS—Atlas, PLTS, Rent-a-Tech, SDE, SML, Sourcebook•America, Spatial Database Engine, StreetMap, Tapestry, the ARC/INFO logo, the ArcGIS Explorer logo, the ArcGIS logo, the ArcPad logo, the Esri globe logo, the Esri Press logo, The Geographic Advantage, The Geographic Approach,  the GIS Day logo, the MapIt logo, The World's Leading Desktop GIS, *Water Writes*, and Your Personal Geographic Information System are trademarks, service marks, or registered marks of Esri in the United States, the European Community, or certain other jurisdictions.

Other companies and products or services mentioned herein may be trademarks, service marks, or registered marks of their respective mark owners.

# Table of Contents

| Section | | Page |
|---|---|---|
| **1.0** | **Introduction** ................................................................................................ | **1-1** |
| **2.0** | **New Permanent Population Base and State Legislative Redistricting Plan** ............................................................................. | **2-1** |
| | 2.1   Hawaii Supreme Court Decision ............................................................ | 2-1 |
| | 2.2   Creating the Permanent Population Base for the New 2011 State Legislative Redistricting Plan ........................................................ | 2-2 |
| |        2.2.1   2011 Extraction Model for the Permanent Population Base ...................................................................................... | 2-2 |
| |        2.2.2   Data Sources ................................................................... | 2-3 |
| |        2.2.3   Revised Permanent Population Base ........................................ | 2-4 |
| |        2.2.4   Procedures ...................................................................... | 2-4 |
| |        2.2.5   Summary of Extraction Rules and Special Conditions ............... | 2-5 |
| | 2.3   Adjusted Population Totals ................................................................... | 2-6 |
| | 2.4   Apportionment Using the Method of Equal Proportions ......................... | 2-9 |

# New Permanent Population Base and State Legislative Redistricting Plan Following State of Hawaii Supreme Court Ruling

## 1.0   Introduction

On January 4, 2012, the State of Hawaii Supreme Court invalidated the State Legislative Reapportionment Plan adopted by the 2011 Reapportionment Commission (the Commission). The ruling required the Commission to develop a new State Legislative Reapportionment Plan based on Hawaii's permanent population base and to demonstrate a good faith effort to obtain accurate counts of Hawaii's permanent population base. This document describes the approach used to develop a new permanent population base and State Legislative Reapportionment Plan following the Hawaii Supreme Court decision.

## 2.0  New Permanent Population Base and State Legislative Redistricting Plan

### 2.1  Hawaii Supreme Court Decision

The State Legislative Reapportionment Plan originally adopted by the Commission relied on Census population counts of military personnel living in group quarters and on military bases to determine the non-permanent military population to be excluded from the population base used for State Legislative Reapportionment. Using this data in conjunction with non-permanent student data from the Universities, the permanent population base used for State Legislative Reapportionment excluded military personnel living in group quarters and non-permanent students with fully geocodable addresses as the non-permanent population (Extraction A as defined in Section 2 of the Original Report "Non-Permanent Population Extraction for 2011 Reapportionment and Redistricting). This subset was chosen because it allowed both the non-permanent population and its residency status and location on Census Day to be determined with the highest degree of certainty.

This approach was taken because limitations with the non-permanent military data originally received from the DMDC did not allow a reliable determination of the military personnel's residence status or location on Census Day (April 1, 2010). (See Section 2 and Appendix A of the Original Report.)

The resulting State Legislative Reapportionment Plan adopted by the Commission was subsequently challenged on constitutional grounds. On January 4, 2012, the Hawaii Supreme Court invalidated the Commission's adopted State Legislative Plan. The plan was ruled constitutionally invalid under Article IV, Section 4 because contrary to the constitutional mandate, the population base used for State Legislative Reapportionment still included non-permanent residents.

While the constitution does not mandate mathematical exactness or precision for reapportionment, the ruling directed the Commission to create a new State Legislative Plan using a good faith effort to accurately determine counts of permanent residents for reapportionment and their locations for redistricting. The ruling also directed that procedures must follow a 2-step process prescribed in Article IV of the Hawaii constitution:

- ■ **Step 1—Apportionment Among Basic Island Units (reapportionment) (Article IV, Section 4).** "The commission shall allocate the total number of members of each house of the state legislature . . . using total number of permanent residents in each of the basic island units . . ."[1]

- ■ **Step 2—Apportionment within Basic Island Units (redistricting) (Article IV, Section 6).** "Upon the determination of the total number of members of each house of the state legislature to which each basic island unit is entitled, the commission shall

---

[1] Add Const Con 1978 and election Nov 7, 1978; am HB 2327 (1992) and election Nov 3, 1992

Case 1:12-cv-00184-JMS-LEK-MMM   Document 28-12   Filed 04/23/12   Page 8 of 16
                              PageID #: 585

| | Office of Elections |
|---|---|
| 2.0 New Permanent Population Base | Non-Permanent Population Extraction for 2011 |
| and State Legislative Redistricting Plan | Reapportionment and Redistricting—Addendum—*Draft* |

apportion the members among the districts therein and shall redraw district lines where necessary in such manner that for each house the average number of permanent residents per member in each district is as nearly equal to the average for the basic island unit as practicable."[2]

The following sections describe the procedures used to create this new permanent population base for reapportionment and redistricting of State Legislative Plans in accordance with the Hawaii Supreme Court ruling.

## 2.2    Creating the Permanent Population Base for the New 2011 State Legislative Redistricting Plan

The new permanent population base was created by first determining counts of permanent residents by Basic Island Unit (BIU) for Apportionment and then by determining counts of permanent residents in each Census Block for redistricting.

### 2.2.1    2011 Extraction Model for the Permanent Population Base

To obtain more accurate counts of non-permanent military and student populations, the Commission reengaged with the DMDC and the Universities to refine and improve the data for non-permanent populations that was previously received. If the DMDC and the Universities could provide the required data updates, the Commission could then apply the procedures used by previous Commissions in 1991 and 2001 (defined as the Home State Model in Section 2 of this report). Given their use during two previous reapportionment efforts, applying these procedures would represent a good faith effort to determine accurate counts (for reapportionment) and locations (for redistricting) of non-permanent military and student populations that must be extracted to create the permanent population base needed for State Legislative Reapportionment.

Under the Home State model used by previous Reapportionment Commissions, the non-permanent populations to be extracted were as follows:

1. Military sponsors and their dependents, if the following conditions hold:

    ■ They declared a state other than Hawaii as their home state for income tax purposes (Non-permanent).

    ■ They lived in Hawaii on Census Day and were, therefore, included as residents in the Census Count. (Only non-permanent residents originally counted as residents by the Census can be excluded.)

---

[2] Add Const Con 1978 and election Nov 7, 1978; am HB 2327 (1992) and election Nov 3, 1992

Case 1:12-cv-00184-JMS-LEK-MMM   Document 28-12   Filed 04/23/12   Page 9 of 16
                                  PageID #: 586

Office of Elections
Non-Permanent Population Extraction for 2011                2.0 New Permanent Population Base
Reapportionment and Redistricting—Addendum—*Draft*         and State Legislative Redistricting Plan

- The military sponsor was not deployed on Census Day. (Deployed active duty personnel are not included as residents in the Census Count and, therefore, cannot be extracted.)

2. Students, provided the following conditions are met:

    - They pay out-of-state tuition or have a permanent address outside Hawaii (Non-permanent).

    - They lived in Hawaii on Census Day and were, therefore, included as residents in the Census Count). (Only non-permanent residents originally counted as residents by the Census can be excluded.)

Once these non-permanent population counts are known, they must first be subtracted from their BIU to define the non-permanent population base for reapportionment. For redistricting, the non-permanent population will then be extracted from their Census block of residence.

### 2.2.2  Data Sources

**Data requirements for the Home State Model include the following:**

- Counts of military and student population that fit the criteria of non-permanency

- Residence location of the non-permanent population on Census Day (April 1, 2010) with sufficient granularity to assign the non-permanent population to its BIU for reapportionment and Census Block for Redistricting

Based on the Commissions requirement for improved data that meets the requirements above, the Defense Manpower Data Center (DMDC) and the Universities provided the following:

- **Defense Manpower Data Center.** The DMDC provided duty stations and residence locations (ZIP+4) of non-permanent active duty personnel (those declaring a Home State other than Hawaii) as of Census Day (April 1, 2010). The DMDC also provided residence location (ZIP+4) of the dependents of the non-permanent active duty personnel and other qualifying information such as deployment status, whether personnel were located on ships, and the ship's home port. With this information, it was possible to determine the number and location of non-permanent military personnel and their dependents on Census Day.

- **Universities.** Brigham Young University (BYU), Chaminade, Hawaii Pacific University (HPU), and University of Hawaii (UH) provided counts and full addresses of non-permanent resident students on Census Day. With this information, it was possible to determine the number and location of non-permanent students on Census Day.

Case 1:12-cv-00184-JMS-LEK-MMM   Document 28-12   Filed 04/23/12   Page 10 of 16
                                    PageID #: 587

| | Office of Elections |
|---|---|
| 2.0 New Permanent Population Base | Non-Permanent Population Extraction for 2011 |
| and State Legislative Redistricting Plan | Reapportionment and Redistricting—Addendum—*Draft* |

### 2.2.3 Revised Permanent Population Base

The following counts are needed to define permanent population base:

1. **Apportionment Counts of Permanent Residents by BIU.** This count is needed for reapportionment of State House and Senate Seats among the four BIUs (Oahu, Hawaii, Maui, and Kauai). To get the count, non-permanent residents are subtracted from the Census PL 94-171 counts for each BIU.

2. **Districting Counts of Permanent Residents by Census Block.** This count is needed for redistricting within each BIU. To get the count, non-permanent residents are extracted from the PL 94-171 counts for each census block.

### 2.2.4 Procedures

The detailed procedures used to derive the reapportionment and districting counts are listed in table 2-1. These procedures were presented in the Commission's public meeting January 30, 2012, and were adopted by the Commission. The procedures were subsequently applied to the data sources received from the DMDC and the Universities.

**Table 2-1**
**Procedures to Develop the Permanent Population Base**

| STEPS | Description |
|---|---|
| *Reapportionment* | |
| 1 | Verify that data represents time slice on or about April 1, 2010. |
| 2 | Verify that data represents only non-permanent residents who likely would have been counted by the US Census as a resident of Hawaii on April 1, 2010. |
| 3 | Flag as "BIU unknown" those records that contain insufficient data to determine Apportionment Count or Districting Count. These include the following:<br>■ Blank or incomplete records<br>■ Records for non-Hawaii locations (mainland or foreign) |
| 4 | Identify records that represent dormitories or other group quarters.<br>■ Assign to BIU and census block even if an actual address is missing. |
| 5 | Identify records that represent non-residential locations. These include the following:<br>■ PO boxes, offices, care of addresses.<br>■ For the above, assume that the residence location is on the same BIU as the non-residential location for Apportionment Count.<br>■ Flag as "census block unknown" for Districting Count. |
| 6 | Geocode all remaining addresses/Zip+4 locations to determine census block location as follows:<br>■ If the address can be matched to a census block, assign the record to its BIU and census block.<br>■ If the address cannot be matched to a census block, assign the record to its BIU, but flag as "census block unknown" for Districting Count. |

Case 1:12-cv-00184-JMS-LEK-MMM   Document 28-12   Filed 04/23/12   Page 11 of 16
                                 PageID #: 588

Office of Elections
Non-Permanent Population Extraction for 2011                    2.0 New Permanent Population Base
Reapportionment and Redistricting—Addendum—*Draft*              and State Legislative Redistricting Plan

| STEPS | Description |
|---|---|
| *Reapportionment* | |
| 7 | For every record, we now know Non Permanent Resident (NPR) location by the following:<br>■ BIU (for Apportionment Count): Either Oahu, Hawaii, Maui, Kauai, or "BIU unknown"<br>■ Census block (for Districting Count): Either Census Block ID or "census block unknown" |
| 8 | Flag all student records that match a known military location to avoid double counting.<br>■ Set BIU and census block to "duplicate" and do not extract. |
| 9 | For every record, we now know NPR location by the following:<br>■ BIU (for Apportionment Count): Either Oahu, Hawaii, Maui, Kauai, or "BIU unknown" or duplicate<br>■ Census block (for Districting Count): Census block ID, "census block unknown," or duplicate<br>■ Total Apportionment Count permanent resident population will equal Districting Count total. |
| 10 | Extract (subtract) NPR counts for each BIU from US Census PL 94-171 BIU counts.<br>■ Ignore "BIU unknown" or duplicate records. |
| 11 | **Report permanent resident count for each BIU for Apportionment Count (see Section 7.4.1 for results).**<br>■ **Apportion seats among BIU using the Method of Equal Proportions (see Section 7.4.2 for results).** |
| *Redistricting* | |
| 12 | Extract (subtract) NPR counts from each census block ID count (ignore unknown or duplicate).<br>■ If a census block has more non-permanent residents than census population, extract full census population (set census block population to zero).<br>■ Flag remainder as "census block unknown." |
| 13 | Use disaggregation islandwide to extract all "census block unknown" records. |
| 14 | **Report permanent resident count for each census block for Districting Count.**<br>■ **Draw new district boundaries to balance permanent resident population within BIU.** |

## 2.2.5  Summary of Extraction Rules and Special Conditions

The following summarizes extraction rules and how special conditions in the data were handled.

■ **Allocation of non-permanent residents to BIUs.** All non-permanent residents could be allocated to BIUs for reapportionment. No special conditions were encountered.

Case 1:12-cv-00184-JMS-LEK-MMM   Document 28-12   Filed 04/23/12   Page 12 of 16
                                     PageID #: 589

| | Office of Elections |
|---|---|
| 2.0 New Permanent Population Base | Non-Permanent Population Extraction for 2011 |
| and State Legislative Redistricting Plan | Reapportionment and Redistricting—Addendum—*Draft* |

- ■ **Residence location could not be determined to the Census block for redistricting.** (e.g., PO boxes, care off addresses, 5-digit ZIP Code addresses, blank records) Residents are allocated proportionally to Blocks in their BIU, using a disaggregation model. The following proportions were used:

  - 1 person extracted per 19.2 persons on Oahu
  - 1 person extracted per 137.8 persons on Hawaii
  - 1 person extracted per 337 persons on Maui
  - 1 person extracted per 300 persons on Lanai
  - 1 person extracted per 185 persons on Molokai
  - 1 person extracted per 131 persons on Kauai

- ■ **Duplicate records.** (Non-permanent students that are also non-permanent military) If a non-permanent student was identified to live in a known military location, that student was flagged to avoid duplicate extraction.

- ■ **Deployed military personnel.** Military personnel identified as deployed on Census Day were flagged and not extracted. (Deployed military personnel are not counted as residents on Census Day and can, therefore, not be extracted.)

## 2.3   Adjusted Population Totals

Table 2-2 lists the adjusted population totals for each Basic Island Unit. The State House and Senate Seats were apportioned using the Method of Equal Proportions as published by the Census Bureau (see Section 2.4 for details).

The adjusted totals for each extraction were then incorporated into the TIGER/Line shapefiles for the PL 94-171 Census Data to provide a new, adjusted population base for redistricting. These updated redistricting databases were uploaded into the State of Hawaii instance of the Online Redistricting Solution. Detailed extraction statistics showing results from each processing step are described in table 2-3.

**Table 2-2
Adjusted Population Totals**

| Basic Island Unit | Original Census Counts | Extraction | Adjusted Total | State Senate Seats | State House Seats |
|---|---|---|---|---|---|
| BIU Oahu | 953,207 | 106,618 | 846,589 | 17 | 35 |
| BIU Hawaii | 185,079 | 1,483 | 183,596 | 4 | 7 |
| BIU Maui | 154,924 | 380 | 154,544 | 3 | 6 |
| BIU Kauai | 67,091 | 286 | 66,805 | 1 | 3 |
| Total | 1,360,301 | 108,767 | 1,251,534 | 25 | 51 |

Office of Elections  
Non-Permanent Population Extraction for 2011 — 2.0 New Permanent Population Base  
Reapportionment and Redistricting—Addendum—*Draft* — and State Legislative Redistricting Plan

**Table 2-3**  
**Detailed Extraction Statistics**

| STEP | *20120213 13:41* | NOTE | TOTAL | MILITARY | | | STUDENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Sponsor | Dependent | TOTAL | UH | HPU | Chaminade | BYU-H | TOTAL |
| 0 | Received | | 168,578 | 47,082.00 | 106,042.00 | 153,124.00 | 10,070.00 | 3,200.00 | 627.00 | 1,557.00 | 15,454.00 |
| 1 | Census Date | | 168,578 | 47,082.00 | 106,042.00 | 153,124.00 | 10,070.00 | 3,200.00 | 627.00 | 1,557.00 | 15,454.00 |
| 2A1 | Deployed (not counted by Census) | | 4,750 | 4,750.00 | 0.00 | 4,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2A2 | Dependent of permanent resident | | 52,927 | 0.00 | 52,927.00 | 52,927.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **2B** | **NPR Counted** | *1 - 2A1 - 2A2* | **110,901** | **42,332.00** | **53,115.00** | **95,447.00** | **10,070.00** | **3,200.00** | **627.00** | **1,557.00** | **15,454.00** |
| 3A | BIU unknown | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3B | BIU known | *2B - 3A* | 110,901 | 42,332.00 | 53,115.00 | 95,447.00 | 10,070.00 | 3,200.00 | 627.00 | 1,557.00 | 15,454.00 |
| 4A | Group Quarters | | 13,243 | 12,551.00 | 0.00 | 12,551.00 | 692.00 | 0.00 | 0.00 | 0.00 | 692.00 |
| 4B | Not Group Qtrs | *3B - 4A* | 97,658 | 29,781.00 | 53,115.00 | 82,896.00 | 9,378.00 | 3,200.00 | 627.00 | 1,557.00 | 14,762.00 |
| 5A | Not Residential | | 549 | 0.00 | 0.00 | 0.00 | 455.00 | 54.00 | 13.00 | 27.00 | 549.00 |
| 5B | To Geocode | *4B - 5A* | 97,109 | 29,781.00 | 53,115.00 | 82,896.00 | 8,923.00 | 3,146.00 | 614.00 | 1,530.00 | 14,213.00 |
| 6A | Geocode Good | | 76,651 | 17,102.00 | 48,124.00 | 65,226.00 | 6,562.00 | 3,033.00 | 581.00 | 1,249.00 | 11,425.00 |
| 6B | Geocode Bad | | 20,458 | 12,679.00 | 4,991.00 | 17,670.00 | 2,361.00 | 113.00 | 33.00 | 281.00 | 2,788.00 |
| | checksum 5B | *6A + 6B* | 97,109 | 29,781.00 | 53,115.00 | 82,896.00 | 8,923.00 | 3,146.00 | 614.00 | 1,530.00 | 14,213.00 |
| **7A** | **BIU OK** | *3B* | **110,901** | **42,332.00** | **53,115.00** | **95,447.00** | **10,070.00** | **3,200.00** | **627.00** | **1,557.00** | **15,454.00** |
| 7B | BIU unknown | *3A* | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7C | BIU OK, block OK | *4A + 6A* | 89,894 | 29,653.00 | 48,124.00 | 77,777.00 | 7,254.00 | 3,033.00 | 581.00 | 1,249.00 | 12,117.00 |
| 7D | BIU OK, block unknown | *5A + 6B* | 21,007 | 12,679.00 | 4,991.00 | 17,670.00 | 2,816.00 | 167.00 | 46.00 | 308.00 | 3,337.00 |
| | checksum 7A | *7C + 7D* | 110,901 | 42,332.00 | 53,115.00 | 95,447.00 | 10,070.00 | 3,200.00 | 627.00 | 1,557.00 | 15,454.00 |
| 8A | Military duplicate | | 2,134 | 0.00 | 0.00 | 0.00 | 1,196.00 | 674.00 | 263.00 | 1.00 | 2,134.00 |
| **8B** | **To Extract** | *3B - 8A* | **108,767** | **42,332.00** | **53,115.00** | **95,447.00** | **8,874.00** | **2,526.00** | **364.00** | **1,556.00** | **13,320.00** |

2.0 New Permanent Population Base  
and State Legislative Redistricting Plan

Office of Elections  
Non-Permanent Population Extraction for 2011  
Reapportionment and Redistricting—Addendum—*Draft*

| STEP | *20120213 13:41* | NOTE | TOTAL | MILITARY | | | STUDENTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Sponsor | Dependent | TOTAL | UH | HPU | Chaminade | BYU-H | TOTAL |
| 9A | BIU Oahu | | 106,618 | 42,139.00 | 52,868.00 | 95,007.00 | 7,179.00 | 2,520.00 | 360.00 | 1,552.00 | 11,611.00 |
| 9B | BIU Hawaii | | 1,483 | 34.00 | 55.00 | 89.00 | 1,386.00 | 3.00 | 3.00 | 2.00 | 1,394.00 |
| 9C | BIU Maui | | 380 | 55.00 | 78.00 | 133.00 | 243.00 | 2.00 | 0.00 | 2.00 | 247.00 |
| 9D | BIU Kauai | | 286 | 104.00 | 114.00 | 218.00 | 66.00 | 1.00 | 1.00 | 0.00 | 68.00 |
| | checksum 8B | *9A +…+ 9D* | 108,767 | 42,332.00 | 53,115.00 | 95,447.00 | 8,874.00 | 2,526.00 | 364.00 | 1,556.00 | 13,320.00 |
| 9E | BIU unknown | *7B* | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 9F | duplicate | *8A* | 2,134 | 0.00 | 0.00 | 0.00 | 1,196.00 | 674.00 | 263.00 | 1.00 | 2,134.00 |
| | checksum 2B | *9A+…+9F* | 110,901 | 42,332.00 | 53,115.00 | 95,447.00 | 10,070.00 | 3,200.00 | 627.00 | 1,557.00 | 15,454.00 |

Case 1:12-cv-00184-JMS-LEK-MMM   Document 28-12   Filed 04/23/12   Page 15 of 16
                                  PageID #: 592
Office of Elections
Non-Permanent Population Extraction for 2011                2.0 New Permanent Population Base
Reapportionment and Redistricting—Addendum—*Draft*          and State Legislative Redistricting Plan

## 2.4   Apportionment Using the Method of Equal Proportions

The Method of Equal Proportions (MOEP) as published by the Census Bureau was used to apportion the State House and Senate Seats among the four BIUs (Oahu, Hawaii, Maui, and Kauai). The methodology is published at the following links.

Technical: http://www.census.gov/population/apportionment/about/computing.html
General:   http://2010.census.gov/mediacenter/census-data/census-apportionment-machine.php

Results are shown in tables 2-4 and 2-5.

**Table 2-4**
**State of Hawaii Population Base by Basic Island Unit**

| BIU | PL 94-171 | Extraction | Hawaii Pop Base |
|---|---|---|---|
| Honolulu | 953,207 | -106,618 | 846,589 |
| Hawaii | 185,079 | -1,483 | 183,596 |
| Maui | 154,924 | -380 | 154,544 |
| Kauai | 67,091 | -286 | 66,805 |
| STATE | 1,360,301 | -108,767 | 1,251,534 |

**Table 2-5**
**Reapportionment Using the Method of Equal Proportions**

| Ranking of Priority Values (Starting with Seat #2, since each BIU gets one initial seat) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | RGM* | | BIU Pop | | Priority | Seat# | BIU Senate | BIU House | BIU |
| 2 | 0.707107 | X | 846589 | = | 598628.82 | 5 | 2 | 2 | Honolulu |
| 3 | 0.408248 | X | 846589 | = | 345618.51 | 6 | 3 | 3 | Honolulu |
| 4 | 0.288675 | X | 846589 | = | 244389.19 | 7 | 4 | 4 | Honolulu |
| 5 | 0.223607 | X | 846589 | = | 189303.06 | 8 | 5 | 5 | Honolulu |
| 6 | 0.182574 | X | 846589 | = | 154565.30 | 9 | 6 | 6 | Honolulu |
| 7 | 0.154303 | X | 846589 | = | 130631.52 | 10 | 7 | 7 | Honolulu |
| 2 | 0.707107 | X | 183596 | = | 129821.98 | 11 | 2 | 2 | Hawaii |
| 8 | 0.133631 | X | 846589 | = | 113130.21 | 12 | 8 | 8 | Honolulu |
| 2 | 0.707107 | X | 154544 | = | 109279.11 | 13 | 2 | 2 | Maui |
| 9 | 0.117851 | X | 846589 | = | 99771.47 | 14 | 9 | 9 | Honolulu |
| 10 | 0.105409 | X | 846589 | = | 89238.32 | 15 | 10 | 10 | Honolulu |
| 11 | 0.095346 | X | 846589 | = | 80719.09 | 16 | 11 | 11 | Honolulu |
| 3 | 0.408248 | X | 183596 | = | 74952.75 | 17 | 3 | 3 | Hawaii |
| 12 | 0.087039 | X | 846589 | = | 73686.11 | 18 | 12 | 12 | Honolulu |
| 13 | 0.080064 | X | 846589 | = | 67781.37 | 19 | 13 | 13 | Honolulu |
| 3 | 0.408248 | X | 154544 | = | 63092.32 | 20 | 3 | 3 | Maui |
| 14 | 0.074125 | X | 846589 | = | 62753.35 | 21 | 14 | 14 | Honolulu |
| 15 | 0.069007 | X | 846589 | = | 58420.19 | 22 | 15 | 15 | Honolulu |
| 16 | 0.064550 | X | 846589 | = | 54647.08 | 23 | 16 | 16 | Honolulu |

Case 1:12-cv-00184-JMS-LEK-MMM   Document 28-12   Filed 04/23/12   Page 16 of 16
                                     PageID #: 593

Office of Elections
2.0 New Permanent Population Base                    Non-Permanent Population Extraction for 2011
and State Legislative Redistricting Plan         Reapportionment and Redistricting—Addendum—*Draft*

| Ranking of Priority Values (Starting with Seat #2, since each BIU gets one initial seat) ||||||||||
|---|---|---|---|---|---|---|---|---|---|
| RGM* | | | BIU Pop | | Priority | Seat# | BIU Senate | BIU House | BIU |
| 4 | 0.288675 | x | 183596 | = | 52999.60 | 24 | 4 | 4 | Hawaii |
| 17 | 0.060634 | x | 846589 | = | 51332.00 | 25 | 17 | 17 | Honolulu |
| 18 | 0.057166 | x | 846589 | = | 48396.27 | 26 | | 18 | Honolulu |
| 2 | 0.707107 | x | 66805 | = | 47238.27 | 27 | | 2 | Kauai |
| 19 | 0.054074 | x | 846589 | = | 45778.29 | 28 | | 19 | Honolulu |
| 4 | 0.288675 | x | 154544 | = | 44613.01 | 29 | | 4 | Maui |
| 20 | 0.051299 | x | 846589 | = | 43429.10 | 30 | | 20 | Honolulu |
| 21 | 0.048795 | x | 846589 | = | 41309.31 | 31 | | 21 | Honolulu |
| 5 | 0.223607 | x | 183596 | = | 41053.31 | 32 | | 5 | Hawaii |
| 22 | 0.046524 | x | 846589 | = | 39386.88 | 33 | | 22 | Honolulu |
| 23 | 0.044455 | x | 846589 | = | 37635.47 | 34 | | 23 | Honolulu |
| 24 | 0.042563 | x | 846589 | = | 36033.22 | 35 | | 24 | Honolulu |
| 25 | 0.040825 | x | 846589 | = | 34561.85 | 36 | | 25 | Honolulu |
| 5 | 0.223607 | x | 154544 | = | 34557.09 | 37 | | 5 | Maui |
| 6 | 0.182574 | x | 183596 | = | 33519.89 | 38 | | 6 | Hawaii |
| 26 | 0.039223 | x | 846589 | = | 33205.95 | 39 | | 26 | Honolulu |
| 27 | 0.037743 | x | 846589 | = | 31952.44 | 40 | | 27 | Honolulu |
| 28 | 0.036370 | x | 846589 | = | 30790.14 | 41 | | 28 | Honolulu |
| 29 | 0.035093 | x | 846589 | = | 29709.45 | 42 | | 29 | Honolulu |
| 30 | 0.033903 | x | 846589 | = | 28702.06 | 43 | | 30 | Honolulu |
| 7 | 0.154303 | x | 183596 | = | 28329.48 | 44 | | 7 | Hawaii |
| 6 | 0.182574 | x | 154544 | = | 28215.74 | 45 | | 6 | Maui |
| 31 | 0.032791 | x | 846589 | = | 27760.75 | 46 | | 31 | Honolulu |
| 3 | 0.408248 | x | 66805 | = | 27273.03 | 47 | | 3 | Kauai |
| 32 | 0.031750 | x | 846589 | = | 26879.23 | 48 | | 32 | Honolulu |
| 33 | 0.030773 | x | 846589 | = | 26051.98 | 49 | | 33 | Honolulu |
| 34 | 0.029854 | x | 846589 | = | 25274.13 | 50 | | 34 | Honolulu |
| 35 | 0.028989 | x | 846589 | = | 24541.39 | 51 | | 35 | Honolulu |

*RGM: Reciprocal of the geometric mean