Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation

| | |
|---|---|
| ROBERT H. THOMAS | 4610-0 |
| rht@hawaiilawyer.com | |
| ANNA H. OSHIRO | 5852-0 |
| aho@hawaiilawyer.com | |
| MARK M. MURAKAMI | 7342-0 |
| mmm@hawaiilawyer.com | |

1003 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
*www.hawaiilawyer.com*
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

Attorneys for Plaintiffs
JOSEPH KOSTICK, KYLE MARK TAKAI, DAVID P. BROSTROM,
LARRY S. VERAY, ANDREW WALDEN, EDWIN J. GAYAGAS,
ERNEST LASTER, and JENNIFER LASTER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH KOSTICK; KYLE MARK TAKAI; DAVID P. BROSTROM; LARRY S. VERAY; ANDREW WALDEN; EDWIN J. GAYAGAS; ERNEST LASTER; and JENNIFER LASTER,<br><br>Plaintiffs,<br><br>v. | CIVIL NO. 12-00184 JMS-LEK-MMM<br><br>**PLAINTIFFS' WITNESS DISCLOSURE; DECLARATION OF JOSEPH KOSTICK; DECLARATION OF ANDREW WALDEN; DECLARATION OF K. MARK TAKAI; DECLARATION OF EDWIN J. GAYAGAS;** |

| | |
|---|---|
| SCOTT T. NAGO, in his official capacity as the Chief Election Officer State of Hawaii; STATE OF HAWAII 2011 REAPPORTIONMENT COMMISSION; VICTORIA MARKS, LORRIE LEE STONE, ANTHONY TAKITANI, CALVERT CHIPCHASE IV, ELIZABETH MOORE, CLARICE Y. HASHIMOTO, HAROLD S. MASUMOTO, DYLAN NONAKA, and TERRY E. THOMASON, in their official capacities as members of the State of Hawaii 2011 Reapportionment Commission; and DOE DEFENDANTS 1-10, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) DECLARATION OF JENNIFER LASTER; DECLARATION OF THOMAS J. SMYTH; CERTIFICATE OF SERVICE<br><br>THREE-JUDGE COURT (28 U.S.C. § 2284) |

## PLAINTIFFS' WITNESS DISCLOSURE

Plaintiffs Joseph Kostick, Kyle Mark Takai, David P. Brostrom, Larry S. Veray, Andrew Walden, Edwin J. Gayagas, Ernest Laster, and Jennifer Laster (hereinafter "Plaintiffs"), make these witness disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and in compliance with United States District Court Minute Order dated April 17, 2012 ("Order").

2

166657

A.  **WITNESSES**

1.  Thomas J. Smythe, retired Marine lieutenant colonel, c/o Damon Key Leong Kupchak Hastert, 1003 Bishop Street, 1600 Pauahi Tower, Honolulu, Hawaii 96813-6452, submits testimony by way of Declaration, and will be available for examination on the date of the hearing.

2.  K. Mark Takai, c/o Damon Key Leong Kupchak Hastert, 1003 Bishop Street, 1600 Pauahi Tower, Honolulu, Hawaii 96813-6452, submits testimony by way of Declaration, and will be available for examination on the date of the hearing.

3.  Edwin Y. Gayagas, c/o Damon Key Leong Kupchak Hastert, 1003 Bishop Street, 1600 Pauahi Tower, Honolulu, Hawaii 96813-6452, submits testimony by way of Declaration, and will be available for examination on the date of the hearing.

4.  Joseph Kostick, c/o Damon Key Leong Kupchak Hastert, 1003 Bishop Street, 1600 Pauahi Tower, Honolulu, Hawaii 96813-6452, submits testimony by way of Declaration, and will be available for examination on the date of the hearing.

166657

5. Andrew Walden, c/o Damon Key Leong Kupchak Hastert, 1003 Bishop Street, 1600 Pauahi Tower, Honolulu, Hawaii 96813-6452, submits testimony by way of Declaration, and will be available for examination on the date of the hearing.

6. Jennifer Laster, c/o Damon Key Leong Kupchak Hastert, 1003 Bishop Street, 1600 Pauahi Tower, Honolulu, Hawaii 96813-6452, submits testimony by way of Declaration, and will be available for examination on the date of the hearing.

7. Larry S. Veray, c/o Damon Key Leong Kupchak Hastert, 1003 Bishop Street, 1600 Pauahi Tower, Honolulu, Hawaii 96813-6452, submits testimony by way of his Answers to the State's Questionnaire regarding Standing, and will be available for examination on the date of the hearing.

8. David P. Brostrom, c/o Damon Key Leong Kupchak Hastert, 1003 Bishop Street, 1600 Pauahi Tower, Honolulu, Hawaii 96813-6452, submits testimony by way of his Answers to the State's Questionnaire regarding Standing, and will be available for examination on the date of the hearing.

166657

Plaintiffs incorporate herein by reference the witnesses disclosed in Defendants' Witness Disclosures, and reserve the right to supplement their witness list with custodians of records and such additional foundational, rebuttal, surrebuttal, impeachment and other witnesses as are necessary due to the Defendants' Witness Disclosures.

DATED:   Honolulu, Hawaii, May 10, 2012.

DAMON KEY LEONG KUPCHAK HASTERT


/s/ Robert H. Thomas
ROBERT H. THOMAS
ANNA H. OSHIRO
MARK M. MURAKAMI

Attorneys for Plaintiffs
JOSEPH KOSTICK, KYLE MARK TAKAI, DAVID P. BROSTROM, LARRY S. VERAY, ANDREW WALDEN, EDWIN J. GAYAGAS, ERNEST LASTER, and JENNIFER LASTER

166657