DAVID M. LOUIE            2162
Attorney General of Hawaii

BRIAN P. ABURANO    3154
JOHN F. MOLAY          4994
SARAH R. HIRAKAMI  6919
Deputy Attorneys General
Department of the Attorney
 General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail:    John.F.Molay@Hawaii.gov

Attorneys for Defendants
SCOTT T. NAGO, STATE OF HAWAII 2011
REAPPORTIONMENT COMMISSION,
VICTORIA MARKS, LORRIE LEE STONE,
ANTHONY TAKITANI, CALVERT CHIPCASE IV,
ELIZABETH MOORE, CLARICE Y. HASHIMOTO,
HAROLD S. MASUMOTO, DYLAN NONAKA, and
TERRY E. THOMASON

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSEPH KOSTICK; KYLE MARK TAKAI; DAVID P. BROSTROM; LARRY S. VERAY; ANDREW WALDEN; EDWIN J. GAYAGAS; ERNEST LASTER and JENNIFER LASTER,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT T. NAGO, in his official capacity as the Chief Election Officer | Civil No. CV 12-00184 JMS-LEK-MMM<br><br>DEFENDANTS' WITNESS DISCLOSURE<br><br>Hearing<br><br>Date: May 18, 2012<br>Time: 10:00 a.m.<br>Judges: Hon. J. Michael Seabright<br>          Hon. Leslie E. Kobayashi<br>          Hon. M. Margaret McKeown |

461408_1.DOC

State of Hawaii; STATE OF HAWAII 2011 REAPPORTIONMENT COMMISSION, VICTORIA MARKS, LORRIE LEE STONE, ANTHONY TAKITANI, CALVERT CHIPCASE IV, ELIZABETH MOORE, CLARICE Y. HASHIMOTO, HAROLD S. MASUMOTO, DYLAN NONAKA, and TERRY E. THOMASON, in their official capacities of members of the State of Hawaii 2011 Reapportionment Commission; and DOE DEFENDANTS 1-10,

Defendants.

## DEFENDANTS' WITNESS DISCLOSURE

Pursuant to this Court's Order of April 27, 2012, Defendants hereby submit their list of proposed witnesses for the Hearing on Plaintiffs' Motion for Preliminary Injunction:

1. Randall Nishimura, a copy of his Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 49;

2. James Arakaki, a copy of his Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 50;

3. Madge Schaefer, a copy of her Declaration setting forth her direct testimony is attached to this Witness List as Exhibit 51;

4. Caryn M. Moran a copy of her Declaration setting forth her direct testimony is attached to this Witness List as Exhibit 52;

5. David Rosenbrock, a copy of his Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 53;

6. Victoria S. Marks, a copy of her Declaration setting forth her direct testimony is attached to this Witness List as Exhibit 54;

7. Harold S. Masumoto, a copy of his Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 55;

8. Dylan Nonaka, a copy of his Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 56;

9. Scott T. Nago, a copy of his Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 57;

10. Hermina Morita, a copy of her Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 58;

11. Sen. Malama Solomon, Ph.D., a copy of his Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 59;

12. Peter Apo, a copy of his Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 60;

13. Richard P. Schulze, Jr., a copy of his Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 61;

14. Davianna Pomaikaʻi McGregor, Ph.D., a copy of his Declaration setting forth her direct testimony is attached to this Witness List as Exhibit 62;

15. Scott T. Nago, a copy of his Supplemental Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 63;

16. David Rosenbrock, a copy of his Supplemental Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 64;

17. Dylan Nonaka, a copy of his Supplemental Declaration setting forth his direct testimony is attached to this Witness List as Exhibit 65;

Witnesses identified above will be present at the Hearing, and available for cross-examination, unless Plaintiffs advise Defendants they do not intend to cross-examine the witness.

DATED:   Honolulu, Hawaii, May 10, 2012.

DAVID M. LOUIE
Attorney General of Hawaii

/s/ John F. Molay
BRIAN P. ABURANO
JOHN F. MOLAY
SARAH R. HIRAKAMI
Deputy Attorneys General

Attorneys for Defendants
SCOTT T. NAGO, STATE OF HAWAII 2011 REAPPORTIONMENT COMMISSION, VICTORIA MARKS, LORRIE LEE STONE, ANTHONY TAKITANI, CALVERT CHIPCASE IV, ELIZABETH MOORE, CLARICE Y. HASHIMOTO, HAROLD S. MASUMOTO, DYLAN NONAKA, and TERRY E. THOMASON