HID 011 (Rev. 04/12) Media Request Form

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 14 2012

at 8 o'clock and 30 min. A M.
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be received by the presiding judge as far in advance as practicable.

Case Name: KOSTIC et al v. NAGO et al    Case No.: 1:12-cv-00184

Presiding District or Magistrate Judge: J. Michael Seabright

Media Outlet: Civil Beat

☑ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
| --- | --- | --- |
| May 18, 2012 | 10 am | Motion for preliminary injunction |
| | | |
| | | |
| | | |
| | | |

DATED: May 11, 2012    SIGNATURE: _____

PRINTED NAME: Nanea Kalani

IT IS SO ORDERED,

☑ APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: May 14, 2012    _____
JUDGE OF THE U.S. DISTRICT COURT